*Felony*

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Castro, Juan Carlos | ) | Case No. B-14-775-MJ |
| Herrera-Montoya, Luis Gerardo | ) | |
| Medina-Lopez, Mario | ) | |
| Maya-Felix, Felipe | ) | |
| *Defendant(s)* | ) | |

United States District Court
Southern District of Texas
FILED

AUG 22 2014

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  8/20/2014  in the county of  Cameron  in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 21 U.S.C. 846 | knowingly & intentionally possess with the intent to distribute approx. 310.04Kg of marijuana, a schedule I controlled substance; & conspiracy to possess with intent to distribute the same approx. 310.04Kg of marijuana. |

This criminal complaint is based on these facts:

See attached form.

☑ Continued on the attached sheet.

*Complainant's signature*

DEA TFO Carlos Martinez

*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/22/2014

*Judge's signature*

City and state: Brownsville, Texas

Ignacio Torteya III, U.S. Magistrate Judge

*Printed name and title*

Page 1 of 1

United States

V.

Juan Carlos CASTRO

Luis Gerardo HERRERA-Montoya

Mario MEDINA-Lopez

Felipe MAYA-Felix

United States District Court
Southern District of Texas
FILED

AUG 22 2014

David J. Bradley, Clerk of Court

## ATTACHMENT – A

### (AFFIDAVIT)

On August 20, 2014, Border Patrol Agents responded to sensor activity south of Las Rusias, Texas. Border Patrol Agents observed of approximately (8) eight individuals crossing the Rio Grande River traveling north towards a nearby cotton field. Border Patrol Agents discovered two (2) male subjects, whom were later identified as Juan Carlos CASTRO and Luis Gerardo HERRERA-Montoya, lying on top of two (2) large bundles of marijuana. Border Patrol Air Unit arrived on scene and immediately located three (3) additional subjects approximately 150 yards east of the two (2) subjects and bundles. Border Patrol Agents apprehended three (3) additional individuals identified as Mario MEDINA-Lopez and Felipe MAYA-Felix and one juvenile. Border Patrol Agents search the immediate area and discovered six (6) more bundles. The eight (8) bundles of marijuana weighed a total of 683.5 lbs/310.04 Kg.

_____
*Complainant's Signature*

Carlos Martinez, DEA TFO
*Printed Name and Title*

Sworn to before me, and subscribed in my presence,

Date: August 22, 2014

City and State: Brownsville, Texas

_____
*Judge's Signature*

Ignacio Torteya III, United States Magistrate
*Printed Name and Title*